FILED
3/21/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JCM

RECEIVED
MAR 21 2024
MAGISTRATE JUDGE KERI HOLLEB HOTALING
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

OCCIA JOHNSON,
EMANUEL CASH, and
MARVIN L. BARBER

1:24-CR-00154

JUDGE BLAKEY
MAGISTRATE JUDGE JANTZ

Violations: Title 18, United States Code, Sections 371, 924(c), and 2119

### COUNT ONE

The SPECIAL JANUARY 2023 GRAND JURY charges:

1. On or about January 27, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

OCCIA JOHNSON,
EMANUEL CASH,
and MARVIN L. BARBER,

defendants herein, did conspire with each other, with intent to cause death and serious bodily harm, to take by force, violence, and intimidation a motor vehicle that had been transported, shipped, and received in interstate commerce, from the person and presence of another, in violation of Title 18, United States Code, Section 2119.

2. It was part of the conspiracy that defendants OCCIA JOHNSON, EMANUEL CASH, and MARVIN BARBER agreed to take by force and violence and intimidation a vehicle that had been transported, shipped, and received in interstate commerce.

3. It was further part of the conspiracy that defendants OCCIA JOHNSON, EMANUEL CASH, and MARVIN BARBER agreed that defendant

OCCIA JOHNSON would obtain, possess, and brandish a firearm in order to take a motor vehicle.

4. It was further part of the conspiracy that defendants OCCIA JOHNSON, EMANUEL CASH, and MARVIN L. BARBER, did conceal and hide, and cause to be concealed and hidden, the purposes of acts done in furtherance of the conspiracy.

## OVERT ACTS

5. In furtherance of the conspiracy and to accomplish the objectives of the conspiracy, defendants committed one or more overt acts in the Northern District of Illinois, and elsewhere, which overt acts included but were not limited to the following:

   a. On or before January 27, 2023, defendants OCCIA JOHNSON, EMANUEL CASH, and MARVIN L. BARBER obtained firearms and gloves;

   b. On or about January 27, 2023, defendants OCCIA JOHNSON, EMANUEL CASH, and MARVIN L. BARBER, traveled to the 3300 block of W. 83rd Place, in Chicago;

   c. On or about January 27, 2023, defendants OCCIA JOHNSON, EMANUEL CASH, and MARVIN L. BARBER, confronted Victim A and demanded Victim A's keys;

d. On or about January 27, 2023, defendants OCCIA JOHNSON, EMANUEL CASH, and MARVIN L. BARBER possessed and brandished firearms at Victim A;

e. On or about January 27, 2023, defendants OCCIA JOHNSON, EMANUEL CASH, and MARVIN L. BARBER took Victim A's vehicle, namely a 2012 Chevrolet Cruze bearing license plate 5923559, from the person and presence of Victim A by force, violence, and intimidation;

f. On or about January 27, 2023, defendants OCCIA JOHNSON, EMANUEL CASH, and MARVIN L. BARBER abandoned Victim A's vehicle at the intersection of N. Laramie Avenue and W. Lake Street, in Chicago;

g. On or about January 27, 2023, defendants OCCIA JOHNSON, EMANUEL CASH, and MARVIN L. BARBER abandoned firearms, gloves, and clothing in the alleyways bordered by N. Latrobe Avenue, N. Laramie Ave., and W. Fulton St., in Chicago, in order to conceal the evidence of the conspiracy;

In violation of Title 18, United States Code, Section 371.

## COUNT TWO

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about January 27, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

> OCCIA A. JOHNSON,
> EMANUEL J. CASH,
> and MARVIN L. BARBER,

defendants herein, with intent to cause death and serious bodily harm, took by force, violence, and intimidation a motor vehicle, namely a 2012 Chevrolet Cruze bearing license plate 5923559, that had been transported, shipped, and received in interstate commerce, from the person and presence of Victim A;

In violation of Title 18, United States Code, Section 2119.

## COUNT THREE

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about January 27, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

> OCCIA A. JOHNSON,
> EMANUEL J. CASH,
> and MARVIN L. BARBER,

defendants herein, did use, carry, and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely carjacking, in violation of Title 18, United States Code, Section 2119, as charged in Count Two of this Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A).

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2023 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Sections 371, 924(c) or Section 2119, as set forth in this Indictment, defendant shall forfeit to the United States of America, any firearm and ammunition:

    a. involved in and used in any offense of conviction, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and

    b. found in the possession or under the immediate control of the defendant at the time of arrest, upon conviction of any offense for committing and attempting to commit any felony involving the use of threats, force, and violence, and perpetrated in whole or in part by the use of firearms, as provided in 18 U.S.C. § 3665.

2. The property to be forfeited includes but is not limited to:

    a. a Glock, Model 19 9-millimeter semiautomatic pistol bearing serial number BTRC894, and

    b. a Taurus, Model PT709 9-millimeter semiautomatic pistol bearing serial number TEP97681, and associated magazines and ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY